IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| BRENTON TODD WRIGHTS, | CASE NO. 3:13-cv-02516-GBC |
|---|---|
| Plaintiff, | (MAGISTRATE JUDGE COHN) |
| v. | ORDER DENYING PLAINTIFF'S APPEAL, AFFIRMING THE DECISION OF THE COMMISSIONER, AND CLOSING THE CASE |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |
| | Docs. 1, 8, 9, 10, 11, 14, 15 |

In accordance with the accompanying memorandum, **IT IS HEREBY**

**ORDERED THAT:**

1. This appeal is DENIED, as the ALJ's decision is supported by substantial evidence;

2. The Clerk of Court shall enter judgment in favor of the Commissioner and against Plaintiff as set forth in the following paragraph;

3. The decision of the Commissioner of Social Security denying Brenton Todd Wrights disability insurance benefits is affirmed; and,

4. The Clerk of Court shall close this case.

Dated: May 14, 2015                         s/Gerald B. Cohn
                                                GERALD B. COHN
                                      UNITED STATES MAGISTRATE JUDGE